1
2
3
4
5
6
7

8    **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11   HAROLD E. MCCLINTOCK, an                  Case No.: CV14-03888- VC
     individual,
12                                              Hon. Vince Chhabria
                    Plaintiff,
13                                              ~~[PROPOSED]~~ **ORDER GRANTING**
        v.                                      **REQUEST TO EXTEND TIME TO**
14                                              **RESPOND TO COMPLAINT AND**
     SUNTRUST MORTGAGE, INC., a                 **CONTINUE INITIAL CASE**
15   Virginia corporation; MTC FINANCIAL,       **MANAGEMENT CONFERENCE**
     INC. D/B/A TRUSTEE CORPS, a
16   California corporation; and DOES 1 through
     100, inclusive,                            Current Response Date:  Nov. 3, 2014
17                                              New Response Date:  Dec. 15, 2014
                    Defendants.
18                                              State Court Case No. SCV 255491
19                                              Action Filed:  May 22, 2014
                                                Trial Date:      NA
20

21

22          Plaintiff HAROLD E. McCLINTOCK ("Plaintiff") and Defendant SUNTRUST

23   MORTGAGE, INC. ("SunTrust") have submitted a Stipulation to Extend Time to

24   Respond to Complaint and Continuing Initial Case Management Conference,

25   stipulating that Defendant will have through and including December 15, 2014, to file

26   a response to the Complaint and continuing the Initial Case Management Conference

27   to January 6, 2015, or to date and time in January 2015 convenient for the Court.

28                                         1

504933.1

1    GOOD CAUSE HAVING BEEN SHOWN,

2    **IT IS HEREBY ORDERED** that Defendant SUNTRUST MORTGAGE, INC.

3  shall have through and including December 15, 2014, to file a response to Plaintiff's

4  Complaint, and the Initial Case Management Conference currently set for December

5  2, 2014 at 10:00 a.m. in Courtroom 4 shall be continued to January 6, 2015, at 10:00

6  a.m. in Courtroom 4, ~~[or] to _____ at _____~~

7  ~~a.m./p.m. in Courtroom _____~~ .

8    **IT IS SO ORDERED.**

9

10  Dated:  November 21, 2014                      _____

11                                         HON. VINCE CHHABRIA
                                           UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

504933.1