# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD E. MCCLINTOCK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC., a Virginia corporation; MTC FINANCIAL, INC. D/B/A TRUSTEE CORPS, a California corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: CV14-03888- VC <br><br> Hon. Vince Chhabria <br><br> [~~PROPOSED~~] **ORDER GRANTING REQUEST TO STAY CASE AS MODIFIED** <br><br> Continued Case Management Conference: Jan. 6, 2015 <br><br> State Court Case No. SCV 255491 <br> Action Filed:  May 22, 2014 <br> Trial Date:     NA |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The litigation of this matter shall be stayed as to Defendant SUNTRUST MORTGAGE, INC. until March 15, 2015.

The case management conference is rescheduled to March 31, 2015. The joint case management statement is due no later than seven days prior to the case management conference.

**IT IS SO ORDERED.**

Dated: December 23, 2014



HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

---

1

**[PROPOSED] ORDER GRANTING REQUEST TO STAY CASE -  CASE NO. 14-03888- VC**

521095.1